

FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 11:21 am, Jul 29, 2020*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

MARIA DEJESUS,

        Plaintiff,

    v.

WAL-MART STORES EAST, LP,

        Defendant.

CIVIL ACTION NO.: 2:19-cv-142

## SECOND AMENDED SCHEDULING ORDER

This matter is before the Court on the parties' Joint Motion to Extend Deadlines.   Doc. 21.   The Court entered a Scheduling Order in this case on January 28, 2020.   Doc. 11.   On May 27, 2020, the Court issued an Order amending certain deadlines in this case.   Doc. 20.   The parties contend they have been working diligently to complete discovery.   Doc. 21 at 1.   The parties maintain they have exchanged written discovery, made expert disclosures, and completed a site inspection with Plaintiff's expert witness.   Id.   However, Plaintiff has been thus far unable to depose several witnesses, due to scheduling conflicts, exacerbated by the need to have a translator present at these depositions.   Id. at 2.   Thus, the parties ask for an extension to certain deadlines in this case.   Id. at 1.   Upon review, the Court **GRANTS** the parties' Motion and enters the following deadlines.

WRITTEN DISCOVERY UNDER RULES 33
THROUGH 36 OF THE FEDERAL RULES OF CIVIL
PROCEDURE[1]                                                      September 25, 2020

---

[1]      The Court fully expects the parties to have initiated all discovery requests by this deadline.

| | |
|---|---|
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | September 25, 2020 |
| DISCOVERY DEPOSITIONS OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | September 25, 2020 |
| POST-DISCOVERY STATUS REPORT DUE[2] | October 2, 2020 |
| POST-DISCOVERY STATUS CONFERENCE | October 7, 2020 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | October 28, 2020 |
| DEPOSITIONS OF ALL WITNESSES TAKEN FOR USE AT TRIAL | October 28, 2020 |
| PRE-TRIAL ORDER DUE | November 20, 2020 |

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.   Docs. 11, 20.

**SO ORDERED**, this 29th day of July, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2]      A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.